IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEANN ZUBKE, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: 4:18-CV-03540 |
| | § | |
| LIBERTY MUTUAL FIRE | § | |
| INSURANCE COMPANY, | § | |
|     DEFENDANT. | § | |
| | § | |

## **CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] appearing in its "fiduciary"[2] capacity as the "fiscal agent of the United States",[3] at the expense of the United States Treasury,[4] which files this Certificate of Interested Parties, listing the following persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation.

    1.    Liberty Mutual Fire Insurance Company
             c/o Douglas D. D'Arche
             Baker & Hostetler, LLP
             811 Main Street, Suite 1100
             Houston, TX 77002-6111
             Attorney for Defendant,
             Liberty Mutual Fire Insurance Company

---

[1] *See* 42 U.S.C. § 4001, *et seq.*; *Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 953 (5th Cir. 1998).
[2] 44 C.F.R. § 62.23(f).
[3] 42 U.S.C. § 4071(a)(1); *Gowland*, 143 F.3d at 953.
[4] *Grissom v. Liberty Mut. Fire Ins. Co.*, 678 F.3d 397, 399-400, 402 (5th Cir. 2012).

2. Liberty Mutual Fire Insurance Company
   c/o Bradley K. Jones
   Baker & Hostetler, LLP
   811 Main Street, Suite 1100
   Houston, TX 77002-6111
   Attorney for Defendant,
   Liberty Mutual Fire Insurance Company

3. Leann Zubke
   c/o Cate Biggs
   Long and Long, Attorneys at Law
   2000 Edwards Street, Building A
   Houston, TX 77007
   Attorney for Plaintiff, Leann Zubke

4. Leann Zubke
   c/o Addie Butler
   Long and Long, Attorneys at Law
   2000 Edwards Street, Building A
   Houston, TX 77007
   Attorney for Plaintiff, Leann Zubke

Dated: October 12, 2018                     Respectfully submitted,

**BAKER HOSTETLER, LLP**

By: */s/ Bradley K. Jones*
    Douglas D. D'Arche
    State Bar No. 00793582
    Bradley K. Jones
    State Bar No. 24060041
    811 Main St., Suite 1100
    Houston, Texas 77002
    Telephone: (713) 751-1600
    Facsimile: (713) 751-1717
    E-mail: ddarche@bakerlaw.com
    bkjones@bakerlaw.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 12th day of October, 2018.

Cate Biggs
Addie Butler
Long and Long, Attorneys at Law
2000 Edwards Street, Building A
Houston, TX 77007
Attorneys for Plaintiff

*/s/ Bradley K. Jones*
Bradley K. Jones